UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X          06 CV 0478 (NG) (RER)
J & J SPORTS PRODUCTION, INC.,

                              Plaintiff,

          -against-                                                    **ORDER**

MICHAEL NEWHOUSE, MICHAEL C.
WOODHOUSE, and KESHEIA WOODHOUSE,
Individually and as officers, directors,
shareholders, and/or principals of CHOPPERZ
INC., d/b/a CHOPPERZ a/k/a CHOPPERZ
BARBER SHOP, a/k/a CHOPPERZ
BARBERSHOP,

                              **Defendants.**
-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★          JUN 4 2007          ★

P.M.
TIME A.M. _____

GERSHON, United States District Judge:

          By order dated January 31, 2007, the court granted default judgment in favor of plaintiff

against defendant Chopperz, Inc. and referred the matter to the Honorable Ramon E. Reyes, United

States Magistrate Judge, for a report and recommendation concerning the relief, if any, that should

be granted to the plaintiff.[1]  On May 10, 2007, Judge Reyes issued a report and recommendation

recommending that the plaintiff be awarded $3,600 in statutory damages and $1,458 in attorney's

fees and costs.  Defendant Chopperz Inc. has not filed any objections.

          The unopposed Report and Recommendation of Magistrate Judge Reyes is hereby adopted

by the court.  For the reasons stated by Judge Reyes, the defendant Chopperz Inc. is directed to pay

the plaintiff damages in the amount of $3,600 and attorney's fees and costs in the amount of $1,458,

for a total award of $5,058.

-----------------------------------------

[1]Plaintiff has not sought a default judgment against the individual defendants Michael
Newhouse, Michael Woodhouse, and Kesheia Woodhouse.

The Clerk of Court is directed to enter judgment against defendant Chopperz in the sum of $5,058.

SO ORDERED.

s/NG

_____

**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
~~May~~ , 2007
June 1